# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY – SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.thesamuellawfirm.com

**ANDREW D. BERESIN**
andrew@thesamuellawfirm.com

ADMITTED IN
NY

January 14, 2026

***Via ECF***
The Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Leire Moreno v. Alex Lounge Bar & Grill et al.*
**Case No. 7:25-cv-06985-KMK**

Dear Judge Karas:

We represent the plaintiff, Leire Moreno ("Plaintiff") in the above-referenced action and respectfully submit this letter pursuant to Rule I.C. of Your Honor's Individual Rules of Practice to request a two-week extension of time to file Plaintiff's Order to Show Cause ("OSC") why default judgment should not be entered against the defendants.

This is the first such request for extension and is necessitated by the need for additional time to prepare the necessary OSC documents and also have them translated to Spanish to the extent necessary for Plaintiff. The current deadline to file the OSC is January 17, 2026.

We thank the Court for its attention to this matter and are available at the Court's convenience should the Court have any questions regarding the contents of this letter or if the Court requires any additional information or documentation.

Granted.

So Ordered.

1/21/26

Respectfully submitted,
/s/ *Andrew D. Beresin*
Andrew D. Beresin Esq.

THE SAMUEL LAW FIRM
*Attorneys for Plaintiff*