**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Leire Moreno,

                                    *Plaintiff,*

        - vs. –

Alex Lounge Bar & Grill Inc. d/b/a Alex Lounge
Bar Grill, d/b/a Alex's Lounge II, d/b/a Alex's
Lounge III, Alejandro Tepetitla, and Juan Tepetitla,

                                    *Defendants.*

**DOCKET NO. 7:25-cv-06985-KMK**

**DEFAULT JUDGMENT**

This action having been commenced on August 23, 2025, by filing of the Summons and Complaint; and a copy of the Summons and Complaint having been served on defendant Alex Lounge Bar & Grill Inc. d/b/a Alex Lounge Bar Grill, d/b/a Alex's Lounge II, d/b/a Alex's Lounge II on September 10, 2025, and on defendant Alejandro Tepetitla on September 13, 2025, as per Affirmations of Service which were filed with the District Court; and said defendants have failed to answer or otherwise move with respect to the Complaint; and the time for answering the Complaint has expired; and the Clerk's Certificate of Default having been issued on October 17, 2025; it is:

ORDERED, ADJUDGED AND DECREED: That plaintiff Leire Moreno has judgment against defendants Alex Lounge Bar & Grill Inc. d/b/a Alex Lounge Bar Grill, d/b/a Alex's Lounge II, d/b/a Alex's Lounge III and Alejandro Tepetitla, in favor of plaintiff Leire Moreno, in the amount of **$110,784.27**, together with **$6,512.10** in attorneys' fees, costs and disbursements of this action, amounting in all to **$117,296.37**.

Dated:    New York, NY
          _____April 20_____, 2026

SO ORDERED:

_____
Kenneth M. Karas
United States District Judge

This document was entered on the docket on

_____.