UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leire Moreno,

*Plaintiff,*

*-against-*

Alex Lounge Bar & Grill Inc., d/b/a Alex Lounge Bar & Grill, d/b/a Alex's Lounge II, d/b/a Alex's Lounge III, Alejandro Tepetitla, and Juan Tepetitla,

*Defendants.*

Case No. 7:25-cv-06985-KMK

**[PROPOSED] ORDER**

KENNETH M. KARAS, United States District Judge:

On July 10, 2026, Plaintiff Leire Moreno filed a motion to compel Alex Lounge Bar & Grill Inc. d/b/a Alex Lounge Bar Grill, d/b/a Alex's Lounge II, d/b/a Alex's Lounge III, and Alejandro Tepetitla (collectively, "Defendants") to respond to information subpoenas and subpoenas duces tecum in aid of execution of a monetary judgment. ECF Nos. 37-39 (the "Motion"); This Court entered default judgment in Plaintiff's favor and against those Defendants on April 20, 2026, in the amount of $117,296.37. ECF No. 35. Plaintiff represents that the judgment remains unpaid and that Defendants have not responded to the subpoenas. ECF No. 39 at p.3; Dkt. No. 38 ¶ 4. Defendants have not opposed the Motion.

Rule 69(a)(2) of the Federal Rules of Civil Procedure permits a judgment creditor to "obtain discovery from any person—including the judgment debtor—as provided in these rules or by the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(2). Under Section 5223 of the New York Civil Practice Law and Rules, a judgment creditor may compel disclosure of matters relevant to satisfaction of a judgment. N.Y. C.P.L.R. § 5223. Section 5224 provides for information subpoenas and subpoenas duces tecum in aid of that disclosure. N.Y. C.P.L.R. § 5224(a)(2)–(3).

## CONCLUSION

Accordingly, the Motion is GRANTED. Alex Lounge Bar & Grill Inc. and Alejandro Tepetitla shall respond to the information subpoenas and subpoenas duces tecum directed to them, attached as Exhibits A through D to the memorandum of law (ECF No. 39), within twenty-eight (28) days after service of this Order. The Clerk of Court is directed to terminate the Motion at Dkt. No. 37.

It is FURTHER ORDERED that Plaintiff serves a copy of this Order on Alex Lounge Bar & Grill Inc. and Alejandro Tepetitla and file proof of such service on the docket within seven (7) days of entry of this Order.

SO ORDERED.

Dated: October 2, 2026
White Plains, New York

KENNETH M. KARAS
United States District Judge